**Electronically Filed
Supreme Court
SCWC-19-0000362
30-JUL-2021
09:08 AM
Dkt. 6 ODAC**

SCWC-19-0000362

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

TERI WAINANI PEDRO,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000362; 3DTA-17-00495)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Defendant-Appellant Teri Wainani Pedro's

application for writ of certiorari filed on June 25, 2021, is

hereby rejected.

DATED:  Honolulu, Hawai'i, July 30, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

